# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                    :  NO. 973
                                          :
APPOINTMENT TO COURT OF                   :  SUPREME COURT RULES DOCKET
JUDICIAL DISCIPLINE                       :


## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of January, 2024, the Honorable Carolyn H. Nichols, Philadelphia, is hereby appointed as a member of the Court of Judicial Discipline for a term expiring September 20, 2024.


    Justice McCaffery did not participate in the consideration or decision of this matter.